**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| SULMA MUÑOZ-CASTRO,<br>Petitioner,<br><br>v.<br><br>CHRISTOPHER BULLOCK,<br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:26-cv-03056-SHL-cgc |

# JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner Sulma Muñoz-Castro's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, (ECF No. 1), filed August 14, 2026,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Dismissing Petition, (ECF No. 9), entered October 13, 2026, Ms. Muñoz-Castro's requested habeas relief is **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

October 14, 2026
Date